IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br> as Broadcast Licensee of the <br> November 18, 2006 Morales/Pacquiao Event, <br><br> Plaintiff, <br><br> v. <br><br> (1) MEDELES PARTNERS, Individually and <br> d/b/a EMI'S ICEHOUSE; and <br> (2) MARIA MEDELES, Individually and d/b/a <br> EMI'S ICE HOUSE, <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. H-09-3745 |

## PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") files *Plaintiff's Motion for Substitute Service* and asks the Court to authorize substitute service, pursuant to FED. R. CIV. P. 4(e)(1) and TEX. R. CIV. P. 106 on Defendants 1) Medeles Partners, Individually and d/b/a Emi's Ice House ("Defendant Medeles Partners"); and 2) Maria Medeles, Individually and d/b/a Emi's Ice House ("Defendant Medeles") (collectively "Defendants").

    1.    Plaintiff has attempted to serve Defendants, by personal delivery, but has not been successful in serving the Defendants.

    2.    Attached hereto as Exhibits "A" and "B" are the affidavits of Alice Pelican, a private process server authorized to serve process, and is incorporated herein for all purposes as if set forth fully below. The affidavits are attached to establish facts not apparent from the record.

<u>DEFENDANT MEDELES</u>

3. Plaintiff asks the Court to authorize it to serve Defendant Medeles by delivering a true copy of the (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Plaintiff's Disclosure Statement and Certificate of Interested Persons*; and (4) *Order for Conference and Disclosure of Interested Parties* to anyone over sixteen years of age at 7620 Dennison, Houston, Texas 77020; or by securely attaching a true and correct copy of the (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Plaintiff's Disclosure Statement and Certificate of Interested Persons*; and (4) *Order for Conference and Disclosure of Interested Parties* to the door at 7620 Dennison, Houston, Texas 77020.  Such service is reasonably effective to give Defendant Medina notice of this suit.

<u>DEFENDANT MEDELES PARTNERS</u>

4. Plaintiff asks the Court to authorize it to serve Defendant Medeles Partners, by and through the Texas Secretary of State pursuant to TEX. BUS. CORP. ACT. ART. 2.11(B), by delivering to and leaving with the Texas Secretary of State duplicate copies of the (1) *Summons*; (2) *Plaintiff's Original Complaint*; (3) *Plaintiff's Disclosure Statement and Certificate of Interested Persons*; and (4) *Order for Conference and Disclosure of Interested Parties*.  Such service is reasonably effective to give Defendant Medeles Partners notice of this suit.

Respectfully submitted,

By: *Andrew R. Korn*
    Andrew R. Korn
    Attorney-in-charge
    State Bar No. 11683150
    Southern District Bar No. 13801
    akorn@kbdtexas.com
    David M. Diaz
    State Bar No. 24012528
    Southern District Bar No. 889588
    ddiaz@kbdtexas.com

KORN, BOWDICH & DIAZ, L.L.P.
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Facsimile
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF
J&J SPORTS PRODUCTIONS, INC.

# EXHIBIT "A"

Case 4:09-cv-03745   Document 4   Filed in TXSD on 02/15/10   Page 4 of 7

AFFIDAVIT FOR SUBSTITUTED SERVICE UNDER RULE 106/536

CAUSE/ASSESSEMENT NO: H093745

J&J SPORTSP RODUCTIONS, INC.,
AS BROADCAST LICENSEE OF THE NOVEMBER 18, 2006 MORALES/PACQUIAO
EVENT
VS.
MEDELES PARTNERS, INDIVIDUALLY AND DBA EMI'S ICEHOUSE
AND MARIA MEDELES,
INDIVIDUALLY AND D/B/A EMI'S ICE HOUSE

BEFORE ME the undersigned authority, on this day personally appeared Alice Pelican who after being duly sworn, did upon oath state the following:

1. My name is **Alice Pelican**    : I am a private process server authorized to deliver process in this cause pursuant to court order. I am over the age of eighteen (18) years and am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct.

2. On the 12/10/09  I was assigned to deliver a copy of the
   SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT,
   CERTIFICATE OF INTERESTED PERSONS
   upon the defendant **Medeles, Maria**
         **Individually And D/B/A Emi's Ice House**

3. I have made several attempts to obtain personal service of process at the defendant's usual place of abode/business or by delivering by certified mail to the defendant's usual mailing address on the dates and times listed below:

DATES         TIMES     ADDRESS / RESULTS OF VISIT                                Ref# H91200782
------------------------------------------------------------------------------------------------
12/14/2009 17:28 PM 7620 DENNISON HOUSTON TX 77020
           THE SUBJECT DOES RESIDE AT THIS ADDRESS BUT IS NOT HOME AT THIS TIME. LEFT
           DELIVERY NOTICE WITH SUBJECT'S SON. TWO VEHICLES PRESENT 26V-XX7 MARIA
           MEDELES 5/10, BC9-Z539 MARIA MEDELES 10/10.
12/18/2009 10:17 AM 7620 DENNISON ST HOUSTON TX 77020
           NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE, NO VEHICLES IN DRIVEWAY.
12/19/2009 20:00 PM 7620 DENNISON ST HOUSTON TX 77020
           THE SUBJECT DOES RESIDE AT THIS ADDRESS BUT IS NOT HOME AT THIS TIME. LEFT
           DELIVERY NOTICE WITH SUBJECT'S SON.
12/22/2009  8:17 AM 7620 DENNISON ST HOUSTON TX 77020
           THE SUBJECT DOES RESIDE AT THIS ADDRESS BUT IS NOT HOME AT THIS TIME. LEFT
           DELIVERY NOTICE WITH SUBJECT'S SON.
01/09/2010 17:10 PM 1620 DENNISON ST HOUSTON TX 77020
           NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE, TWO VEHICLES IN DRIVEWAY LICENSES
           # PJH-764 MAURICE A/ JULIE B HODGES 12/09, BC9-Z539 MARIA MEDELES 10/10. AS I
           LEFT, AN UNIDENTIFIED MALE CAME OUT AND SPOKE TO ME. HE STATED THAT THE
           SUBJECT LIVES HERE AND CALLED HER. AFTER SPEAKING WITH HER, HE THEN DENIED
           THAT HE HAS KNOWLEDGE OF THE SUBJECT.

I believe the defendant will be given reasonably effective notice of this suit by delivering a true copy of the documents stated in item (2) above to anyone over sixteen years of age at 7620 DENNISON HOUSTON TX 77020
the above address or by attaching it securely to the front entry way at the above address, which is the party's usual place of abode or business, or by delivering First Class Mail pursuant to the provisions of Rule 106/536, Texas Rules of Civil Procedure.

DATE: 2-10-09                AFFIANT'S SIGNATURE  _Alice Pelican_
                             SCH-2434                Alice Pelican

SUBSCRIBED TO AND SWORN to before me this 10 day of Feb 20 10.
H91200782

_Monica Krejci_

MONICA KREJCI
Notary Public, State of Texas
My Commission Expires
May 02, 2010

# EXHIBIT "B"

AFFIDAVIT FOR SUBSTITUTED SERVICE UNDER RULE 106/536

CAUSE/ASSESSEMENT NO: H093745

J&J SPORTSP RODUCTIONS, INC.,
AS BROADCAST LICENSEE OF THE NOVEMBER 18, 2006 MORALES/PACQUIAO
EVENT
                    VS.
MEDELES PARTNERS, INDIVIDUALLY AND DBA EMI'S ICEHOUSE
AND MARIA MEDELES,
INDIVIDUALLY AND D/B/A EMI'S ICE HOUSE

   BEFORE ME the undersigned authority, on this day personally appeared Alice Pelican
who after being duly sworn, did upon oath state the following:

1. My name is **Alice Pelican**       : I am a private process server authorized to deliver
   process in this cause pursuant to court order.  I am over the age of eighteen (18)
   years and am fully competent to testify to the matters stated in this affidavit. I
   have personal knowledge of the facts and statements contained in this affidavit and
   each is true and correct.

2. On the 12/10/09  I was assigned to deliver a copy of the
   SUMMONS IN A CIVIL ACTION; PLAINTIFF'S ORIGINAL COMPLAINT,
   CERTIFICATE OF INTERESTED PERSONS
   upon the defendant **Medeles Partners**
              **By Delivery To Maria Medeles, Its Partner**

3. I have made several attempts to obtain personal service of process at the
   defendant's usual place of abode/business or by delivering by certified mail
   to the defendant's usual mailing address on the dates and times listed below:

DATES          TIMES       ADDRESS / RESULTS OF VISIT                      Ref# H91200781
------------------------------------------------------------------------------------------
12/14/2009 17:28 PM 7620 DENTON ST HOUSTON TX 77020
           THE SUBJECT DOES RESIDE AT THIS ADDRESS BUT IS NOT HOME AT THIS TIME.  LEFT
           DELIVERY NOTICE WITH SUBJECT'S SON.   TWO VECHILES PRESENT 26V-XX7 MARIA
           MEDELES 5/10, BC9-Z539 MARIA MEDELES 10/10.
12/18/2009 10:17 AM 7620 DENNISON ST HOUSTON TX 77020
           NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE, NO VEHICLES IN DRIVEWAY.
12/19/2009 10:17 AM 7620 DENNISON HOUSTON TX 77020
           NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE, ONE VEHICLE IN DRIVEWAY LICENSE
           BC9-Z539 MARIA MEDELES 10/10
12/22/2009  8:17 AM 7620 DENNISON ST HOUSTON TX 77020
           THE SUBJECT DOES RESIDE AT THIS ADDRESS BUT IS NOT HOME AT THIS TIME.  LEFT
           DELIVERY NOTICE WITH SUBJECT'S SON.
01/09/2010 17:10 PM 7620 DENNISON ST HOUSTON TX 77020
           NO RESPONSE AT DOOR, LEFT DELIVERY NOTICE, TWO VEHICLES IN DRIVEWAY LICENSES
           # PJH-764 MAURICE A/ JULIE B HODGES 12/09, BC9-Z539 MARIA MEDELES 10/10. AS I
           LEFT, AN UNIDENTIFIED MALE CAME OUT AND SPOKE TO ME. HE STATED THAT THE
           SUBJECT LIVES HERE AND CALLED HER. AFTER SPEAKING WITH HER, HE THEN DENIED
           THAT HE HAS KNOWLEDGE OF THE SUBJECT.
I believe the defendant will be given reasonably effective notice of this suit by delivering
a true copy of the documents stated in item (2) above to anyone over sixteen years of age at
7620 DENNISON ST HOUSTON TX 77020
the above address or by attaching it securely to the front entry way at the above address,
which is the party's usual place of abode or business, or by delivering First Class Mail
pursuant to the provisions of Rule 106/536, Texas Rules of Civil Procedure.

DATE: 2-10-09              AFFIANT'S SIGNATURE _Alice Pelican_
                           SCH-2434                  Alice Pelican

    SUBSCRIBED TO AND SWORN to before me this 10 day of Feb 20 10.
H91200781



MONICA KREJCI
Notary Public, State of Texas
My Commission Expires
May 02, 2010